**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Ohio
_____(State)_____

Case number (if known) _____   Chapter _11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Capture Diagnostics, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8   6   –   1   2   4   9   2   5   9

4. **Debtor's address**

   **Principal place of business**

   4923 Dierker Rd
   Number       Street

   Columbus       OH       43220
   City          State     ZIP Code

   Franklin County
   County

   **Mailing address, if different from principal place of business**

   Number       Street

   P.O. Box

   City          State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City          State     ZIP Code

5. **Debtor's website (URL)**

   https://capturedx.com/

Debtor    **Capture Diagnostics, LLC**
Name

Case number (if known)_____

---

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:

    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    - ☐ A plan is being filed with this petition.

    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY

         District _____ When _____ Case number _____
              MM / DD / YYYY

---

Debtor    Name    **Capture Diagnostics, LLC**                Case number (if known)_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor  See Attached        Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
Number        Street

_____

_____
City                        State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

| Debtor | Capture Diagnostics, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/27/2025
       MM / DD / YYYY

**✗** _(signature)_
Signature of authorized representative of debtor

Title   CEO and President

     Scott Barnes
Printed name

**18. Signature of attorney**

**✗**   /s/ Manuel Cardona
Signature of attorney for debtor

Date   05/27/2025
    MM / DD / YYYY

Manuel D. Cardona
Printed name

Dickinson Wright, PLLC
Firm name

180 E. Broad Street, Suite 3400
Number Street

Columbus
City

614-591-5468
Contact phone

0098079
Bar number

OH    43215-3707
State     ZIP Code

mcardona@dickinsonwright.com
Email address

OH
State

## Pending or Concurrent Bankruptcy Cases Filed by Affiliates

On May 27, 2025, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under Chapter 11, subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division. A motion has been filed with the Bankruptcy Court requesting that the the cases filed by these entities be jointly administered.

### Capture Collective, Inc.

EIN 84-211777

### Capture Diagnostics, LLC

EIN  86-1249259
94 percent owned by Capture Collective, LLC

### Capture Diagnostics HIB01, LLC

EIN 86-1211325
Wholly owned by Capture Diagnostics, LLC

SCOTT BARNES
05/27/2025

4939-0490-1445 v1 [99998-2606]

**WRITTEN CONSENT**
**TO ACTION WITHOUT A MEETING**
**OF THE**

**BOARD OF DIRECTORS**
**OF**
**CAPTURE COLLECTIVE, INC.**

**TOGETHER WITH THE**

**BOARD OF MANAGERS**
**OF**
**CAPTURE DIAGNOSTICS, LLC**

**AND THE BOARD OF MANAGERS**
**OF**
**CAPTURE DIAGNOSTICS, HIB01, LLC**

**May 24, 2025**

The undersigned, being all of the members of the Board of Directors of Capture Collective, Inc., a Delaware corporation ("Capture Collective"), as well as all of the members of the Board of Managers of Capture Diagnosics, LLC, a Delaware limited liability company ("Capture Diagnostics"), as well as all of the members of the Board of Managers of Capture Diagnostics HIB01, LLC, a Delaware limited liability company ("Capture Diagnostics HIB01"), and collectively referred to herein as the "Capture Board," each do hereby consent as follows to the following actions to be taken without a meeting of the Capture Board (this "Written Consent") pursuant to the Delaware General Corporation Law and the Delaware Limited Liability Company Act:

**Approval of Chapter 11, Subchapter V case.**

WHEREAS, Capture Collective, Capture Diagnostics, and Capture Diagnostics HIB01 (the "Capture Entities") became embroiled in costly contract disputes arising from the COVID-19 testing business that ceased operations in May 2023, and ongoing litigation has made it practically impossible to seek new venture capital;

WHEREAS, Capture Collective continues its primary mission to develop and commercialize a radiation biodosimetry medical device, while Capture Diagnostics and Capture Diagnostics HIB01 have ceased operations, but have been unable to unwind the COVID-19 testing business by voluntary settlements with claimants;

WHEREAS, the Capture Entities have outstanding Hawaii tax liabilities, and the protracted frivolous litigation will exhaust the remaining resources of the Capture Entities, and place in jeopardy their ability to pay their tax debts;

WHEREAS, the Capture Board, in consultation with legal and financial professionals, has determined in its reasonable business judgment that it is in the best interests of the Capture Entities, and their shareholders and priority creditors to reorganize the debts of the Capture Entities through a Chapter 11, Subchapter V bankruptcy proceeding.

NOW, THEREFORE, IT IS RESOLVED, the Capture Entities be and hereby are authorized to commence a case under Chapter 11, Subchapter V of the United States Bankruptcy Code (the "Chapter 11 Case") by filing a Chapter 11 Petition in a court of competent jurisdiction (the "Bankruptcy Court").

BE IT FURTHER RESOLVED, that Scott Barnes, President and acting Chief Executive Officer (the "Authorized Representative") has authority to execute the Petition on behalf of the Capture Entities.

BE IT FURTHER RESOLVED, that the Capture Entities, acting through the Authorized Representative, be and hereby are authorized to employ the law firm Dickinson Wright PLLC as general bankruptcy counsel to represent and assist the Capture Entities in carrying out their duties under the Bankruptcy Code and to take any and all actions necessary or advisable to advance the Capture Entities rights and obligations, including filing any pleadings, and in connection therewith, the Authorized Representative, on behalf of the Capture Entities, is authorized and directed to execute appropriate retention agreements and pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Dickinson Wright PLLC.

**General enabling resolutions.**

BE IT FURTHER RESOLVED, that the officers of the Capture Entities be, and each of them hereby is, authorized and directed, for and on behalf of each entity, to execute and deliver all agreements, documents or instruments that the officers, and any of them singly, may determine to be necessary or advisable in connection with the transactions contemplated by the foregoing resolutions (together with such changes therein as may be acceptable to such officer(s) as conclusively evidenced by his, her or their signature(s) thereon) and, pursuant to the terms of such documents, to cause the Capture Entities to perform and take any and all other actions and to execute any and all additional documents as such officer(s) may deem necessary or desirable to consummate and otherwise fully effectuate the foregoing resolutions, and the taking of such actions shall conclusively evidence such determination;

BE IT FURTHER RESOLVED, that all acts and proceedings of the directors and officers of the Capture Entities, or any of them singly, whether heretofore or hereafter taken, in connection with the transactions contemplated by the foregoing resolutions which are in conformity with the purpose and intent of the foregoing resolutions are hereby authorized, approved, confirmed and ratified in all respects;

BE IT FURTHER RESOLVED, that the officers and directors of the Capture Entities be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Capture Entities, to prepare or cause to be prepared and to execute, deliver, verify, acknowledge, file or record any documents, instruments, certificates, statements, papers, or any amendments thereto, as may be deemed necessary or advisable in order to take such further steps and do all such further

acts or things as shall be necessary or desirable to carry out the transactions contemplated by the foregoing resolutions; and

BE IT FURTHER RESOLVED, that the authority and power given hereunder be deemed retroactive and any and all acts authorized hereunder performed prior to the passage of these resolutions, are hereby approved, confirmed and ratified in all respects.

BE IT FURTHER RESOLVED, that this Written Consent has been executed in lieu of holding a meeting of the board of Capture Collective, Capture Diagnostics, and Capture Diagnostics HIB01, and this Written Consent shall be filed in the official minute books of Capture Collective, Capture Diagnostics, and Capture Diagnostics HIB01; and

BE IT FURTHER RESOLVED, that this Written Consent may be executed in multiple counterparts, and by facsimile signature, each of which shall be deemed an original and all of which, together, shall constitute one and the same document.

**[Signatures Begin on Following Page]**

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent as of the date first set forth above.

**Capture Board**

David Moritz

Scott Barnes

Daniel Longhi

**Fill in this information to identify the case and this filing:**

Debtor Name  Capture Diagnostics, LLC

United States Bankruptcy Court for the:  Southern  District of  Ohio
(State)

Case number (if known)  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/27/2025          ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Scott Barnes
Printed name

President and CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Capture Diagnostics, LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Ohio___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 None | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____ Capture Diagnostics LLC _____

United States Bankruptcy Court for the: Southern _____   District of Ohio _____
                                                                              (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................    $ _____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................    $ **7,260,483.09**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................    $ **7,260,483.09**

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..............    $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    + $ _____

4. **Total liabilities**...........................................................................................    $ _____
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name: **Capture Diagnostics LLC**

United States Bankruptcy Court for the: Southern District of Ohio
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** — $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Chase Bank | Checking | 2 1 6 3 | $ 483.09 |
| 3.2 | | | $ |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | $ |
|---|---|
| 4.2 | $ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 483.09

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | $ |
|---|---|
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                 $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a 90 days old or less:  _____  –  _____  = →   $_____
                         face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    280,477.62  –  20,477.62  = →   $   260,000
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $  260,000

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 ___**Capture Diagnostics HIB01 LLC**___   __100__ %   Liquidation value   $   0

15.2 _____   _____ %   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $   0

---

Debtor _____     Case number (if known)_____
      Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____
Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
       Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$_____

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

---

Debtor _____    Case number (if known)_____

Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____   Case number *(if known)*_____
         Name

---

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☐ No
- ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    _____  −  _____  = → $ _____
                            Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____   Tax year _____   $ _____
    _____   Tax year _____   $ _____
    _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**
    _____                          $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Potential claims against GeoPolicy Development Group, LLC                 $ 7,000,000
    **Nature of claim**        Breach of Contract
    **Amount requested**       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                          $ _____
    **Nature of claim**        _____
    **Amount requested**       $ _____

76. **Trusts, equitable or future interests in property**
    _____                          $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership
    _____                          $ _____
    _____                          $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.             $ 7,000,000

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

Debtor _____    Case number (if known)_____

Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 483.09 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 260,000 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* ............................................➔ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $7,000,000 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 7,260,483.09 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... $ 7,260,483.09

**Fill in this information to identify the case:**

Debtor name __Capture Diagnostics LLC__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $ _____ | $ _____ |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| Date debt was incurred _____ | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Last 4 digits of account number __ __ __ __ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $ _____ | $ _____ |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| Date debt was incurred _____ | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Last 4 digits of account number __ __ __ __ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Capture Diagnostics LLC** |
| United States Bankruptcy Court for the: | Southern                District of Ohio |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0 | $ |
| Hawaii Department of Tax | ☒ Contingent | | |
| PO Box 1425 Honolulu HI 96806 | ☒ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2022-2023 | GET Taxes | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No  ☒ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | $ |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | $ |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor _____     Case number (if known) _____
     Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                               Total claim            Priority amount

---

**2._**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor _____   Case number (if known) _____
         Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Geopolicy Development Group

1314 S King St Suite 1458 Honolulu HI 96814

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contractual arrangment

Date or dates debt was incurred      2021-2023
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 0

**3.2** Nonpriority creditor's name and mailing address
Green Coral Trust

848 N Rainbow  Blvd #1908 LAS Vegas NV 89107

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contractual arrangments for investments

Date or dates debt was incurred      2021-2023
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 0

**3.3** Nonpriority creditor's name and mailing address
Datahouse Consulting Inc.

711 Kapiolani Blvd Ste 500
Honolulu HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contractual arrangements

Date or dates debt was incurred      2021-2023
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 0

**3.4** Nonpriority creditor's name and mailing address
Island Distribution Services

c/o Char Sakamoto Ishi

Ste 850, Davies Pacific Ctr, 841 Bishop St. Honolulu HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Breach of verbal contract or unjust enrichment

Date or dates debt was incurred      2021-2023
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

**3.5** Nonpriority creditor's name and mailing address
Synergy Med Global Design Solutions  Inc.

2425 East Commercial Blvd Suite 101 Ft Lauderdal FL 33308

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred      2021-2023
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 0

**3.6** Nonpriority creditor's name and mailing address
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred      _____
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor _____  Case number (if known) _____
Name

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____

Name

Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.1. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____ <br> _____ <br> _____ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____   Case number (if known) _____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

4.___  _____   Line ____            ___ ___ ___ ___
       _____   ☐ Not listed. Explain _____

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 0 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0 |

**Fill in this information to identify the case:**

Debtor name  **Capture Diagnostics LLC**

United States Bankruptcy Court for the: _____  District of _____
                                                                                    (State)

Case number (If known): _____  Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ |
| State the term remaining _____ | |
| List the contract number of any government contract _____ | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ |
| State the term remaining _____ | |
| List the contract number of any government contract _____ | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ |
| State the term remaining _____ | |
| List the contract number of any government contract _____ | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ |
| State the term remaining _____ | |
| List the contract number of any government contract _____ | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ |
| State the term remaining _____ | |
| List the contract number of any government contract _____ | |

Fill in this information to identify the case:

Debtor name   **Capture Diagnostics LLC**

United States Bankruptcy Court for the: _____   District of _____
                                                                              (State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  Capture Diagnostics LLC

United States Bankruptcy Court for the:  Southern  District of  Ohio
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to  Filing date | ☐ Operating a business<br>☐ Other | $ 0 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to  12/31/2024<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 0 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to  12/31/2023<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other | $ 7974.93 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM / DD / YYYY | to  Filing date | interest | $ 114.69 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to  12/31/2024<br>MM / DD / YYYY | dividends, and interest from money market account | $ 29,622.94 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to  12/31/2023<br>MM / DD / YYYY | dividends and interest money market acoount, sale of equipment | $ 108,602.55 |

Debtor _____    Case number *(if known)* _____

Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ _____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Addendum | | $ 512,907.79 | Management fees, Intercompany allocations, services |
| | Insider's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $ _____ | |
| | Insider's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor _____    Case number *(if known)* _____
       Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2 | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | Hawaii Department of Tax | GE Tax Audit | | ☒ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City       State       ZIP Code | |
| 7.2 | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City       State       ZIP Code | |

Debtor _____  Case number (if known)_____
         Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| | **Case number** | Street |
| City         State    ZIP Code | | |
| | | City         State         ZIP Code |
| | **Date of order or assignment** | |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1  Recipient's name | | | $_____ |
| Street | | | |
| City         State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2  Recipient's name | | | $_____ |
| Street | | | |
| City         State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

---

Debtor _____     Case number *(if known)*_____
            Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1  See Addendum | | | $_____ |
| **Address** | | | |
| Street | | | |
| City                State      ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 | | | $_____ |
| **Address** | | | |
| Street | | | |
| City                State      ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor _____     Case number (if known)_____

      Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** _____ | _____ | _____ | $ _____ |
| **Address** | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $ _____ |
| **13.2** _____ | _____ | | |
| **Address** | | | |
| Street _____ | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:**  **Previous Locations**

### 14 Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| **14.1** 1330 Kinnear road, Suite 100 <br> Street | | From 1/1/2021 | To 1/11/2023 |
| Columbus    OH    43212 <br> City    State    ZIP Code | | | |
| **14.2** 1950 N King Street <br> Street | | From 1/1/2023 | To 10/31/2024 |
| Honolulu    Hi    96819 <br> City    State    ZIP Code | | | |

Debtor _____    Case number (if known)_____
　　　　　Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| City　　　State　　ZIP Code | | ☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| City　　　State　　ZIP Code | | ☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

　　　　Does the debtor have a privacy policy about that information?

　　　　☐ No

　　　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

　　Yes. Does the debtor serve as plan administrator?

　　　　☐ No. Go to Part 10.

　　　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

　　　　Has the plan been terminated?

　　　　☐ No

　　　　☐ Yes

Debtor _____    Case number *(if known)* _____
　　　　　Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Morgan Stanley<br>Name<br><br>Street<br><br>City　　State　　ZIP Code | XXXX– 3  0  0  8 | ☐ Checking<br>☐ Savings<br>☒ Money market<br>☐ Brokerage<br>☐ Other_____ | 5/6/2025 | $ 10,692.43 |
| 18.2. | Name<br><br>Street<br><br>City　　State　　ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City　　State　　ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City　　State　　ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

Debtor _____ Case number (if known)_____
　　　　　Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City　　　　State　　　ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City　　　　State　　　ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City　　　State　　ZIP Code | City　　　State　　ZIP Code | | |

Debtor _____   Case number *(if known)* _____
<br>Name

---

**24** **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City      State      ZIP Code | City      State      ZIP Code | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Capture Diagnostics HIB01 LLC<br>Name<br>4329 Dierker Rd<br>Street<br>Columbus     OH     43220<br>City      State      ZIP Code | Sale of COVID test kits | EIN: 8 6 – 1 2 1 1 3 2 5<br>Dates business existed<br>From 2021     To Current |
| 25.2. | Business name and address<br>Name<br>Street<br>City      State      ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____     To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br>City      State      ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____     To _____ |

---

Debtor _____   Case number (if known)_____
　　　　　Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Book and Street LLC<br>Name<br>855 Grandview Ave Suite 110<br>Street<br><br>Columbus                    Oh                    43201<br>City                          State              ZIP Code | From 10/21/2022   To Current |
| Name and address | Dates of service |
| 26a.2. <br>Name<br><br>Street<br><br>City                          State              ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Book and Street LLC<br>Name<br>855 Grandview Ave Suite 110<br>Street<br><br>Columbus                    OH                    43201<br>City                          State              ZIP Code | From 1/1/2021   To current |
| Name and address | Dates of service |
| 26b.2. KMH LLP<br>Name<br>1003 Bishop St. Suite 2400<br>Street<br><br>Honolulu                    HI                    96813<br>City                          State              ZIP Code | From 10/1/2023   To Current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Book and Street LLC<br>Name<br>855 Grandview Ave Suite 110<br>Street<br><br>Columbus                    OH                    43201<br>City                          State              ZIP Code | |

Debtor _____     Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Matthew John Soldavini PLLC <br> Name <br>     791 10th St S Suite 301 <br> Street <br><br> Naples       FL       34102 <br> City     State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br> City     State     ZIP Code |

| Name and address |
|---|
| 26d 2. <br> Name <br><br> Street <br><br> City     State     ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 <br> Name <br><br> Street <br><br> City     State     ZIP Code |

Debtor _____    Case number (if known) _____
      Name

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.
    _____
    Name

    _____
    Street

    _____
    City          State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Capture Collective Inc | 4923 Dierker Rd, Columbus OH 43220 | Majority Shareholder | 94.6% |
| Green Coral Trust | | Shareholder | 5.4% |
| Scott Barnes | 145 N Hight St, Apt 300, Columbus OH 43216 | President and Board of Director | 0 |
| David Moritz | 2891 Kobuk Dr. Unit 401, Columbus OH 43228 | General Counsel and Board of Director | 0 |
| Daniel Longhi | 7542 SW 18th St. Cutler Bay Florida 15137 | Board of Director | 0 |
| Mario Morales | 1336 Ironwood Dr. Grove City Ohio 43123 | VP Operations | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Addendum<br>    Name<br><br>    Street<br><br>    City  State  ZIP Code<br>    **Relationship to debtor** | $512,907.79 | | Intercompany allocations, management fees, other services |

Debtor _____    Case number *(if known)* _____
Name

Name and address of recipient

30 7

Name _____

Street _____

City _____ State _____ ZIP Code _____

Relationship to debtor

_____

31 **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

Name of the parent corporation

Capture Collective Inc.

Employer Identification number of the parent corporation

EIN: 8  4 _ 2  1  1  7  7  7  7

32 **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund

_____

Employer Identification number of the pension fund

EIN: __ __ - __ __ __ __ __ __ __

| Part 14: | Signature and Declaration |
|---|---|

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/27/2025
MM / DD / YYYY

✗ _____    Printed name SCOTT BARNES
Signature of individual signing on behalf of the debtor

Position or relationship to debtor PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

**IN RE CAPTURE DIAGNOSTICS, LLC—ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS**

A. **Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider.

To Capture Collective, Inc.

| | |
|---|---|
| 1-30-25 | 90,000 |
| 1-30-25 | 35,000 |
| 5-21-24 | 132,844.79 |
| 6-6-24 | 75,000 |
| 6-17-24 | 45,000 |
| 6-25-24 | 90,000 |
| 7-15-24 | 120,000 |
| 10-14-24 | 50,000 |

To Capture Diagnostics, LLC

| | |
|---|---|
| 5-24-24 | 33.00 |
| 7-29-24 | 30.00 |

B. **Part 6: Certain Payments or Transfers**

11.    Payments related to bankruptcy

Dickinson Wright PLLC
180 E Broad St #3400
Columbus, OH 43215

On May 22, 2025, Capture Collective, Inc. paid a retainer of $200,000  Dickinson Wright, PLLC for its representation of Capture Collective, Inc. and its subsidiaries Capture Diagnostics, LLC, and Capture Diagnostic HIB01 with respect to their bankruptcy filings under Subchapter V.

**UNITED STATES BANKUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

CAPTURE DIAGNOSTICS, LLC )                    Chapter 11
)
Debtor. )                    Case No. _____
)                    Subchapter V

## VERIFICATION OF CREDITOR MATRIX

I, Scott Barnes, the Chief Executive Officer and President of the above-named debtor in
this case, do hereby verify that the attached list of creditors is true and correct to the best
of my knowledge.

Dated:  May 27, 2025

Scott Barnes

4914-7052-7815 v1 [99998-2606]

AEP
PO Box 24401
Canton, Oh 44701-4401

Alexandre Hermann
P.H Villa del Mar Depa 23A Calle
Uruguay Ciudad de Panama

Alfonso D'Orazio
4125 Gordon Drive,
Naples, FL, 34102

Amber City Holdings Ltd
Road Town- Offshore Business
Center- Tortola- BVI

Amici Group Limited
Riverside Trustees Limited, One
North Bridge Road, 06-16 High
Street Centre, Singapore, 179094

Arlette Itami
10645 N. Tatum,
Suite 200-184
Phoenix, AZ 85028

Arthur Bauch
56 Blvd d'Italie
Monaco 9800

BARNFIN S.A
37 Chipstead Street London,
SW63SR | 186-188/17 Avenue de
Tervueren Brussels, 1150, Belgium

Book + Street
855 Grandview Ave, Suite 110
Columbus, OH 43201

Brad Simmons
1441 Maloo Place
Honolulu, Hawaii 96825

Capture Medical, LLC
c/o David Moritz, chief legal counsel
4923 Dierker
Columbus, Ohio 43220

CBR Group LLC
131 Jegs Place
Delaware, OH 43015

Cedric van Rijckevorsel
37 Chipstead Street London,
SW63SR | 186-188/17 Avenue de
Tervueren Brussels, 1150, Belgium

Charter Communications
Po Box 6030
Carol Stream, Illinois 60197-6030

Christopher D'Orazio
1030 Devon Rd.,
Pittsburgh, PA, 15213

Columbia Gas of Ohio-
PO Box 4629
Carol Stream, IL 60197-4629

David Maurice Cotterchio
11 ET N 200, Buckingham Palace 11
Av Saint Michel, Monaco, 98000

David Moritz
220 W Bridge St. Suite 205,
Dublin, OH 43017

Davis Wright Tremaine LLP
c/o Matthew Diggs
920 5th Ave, Ste 3300
Seattle, WA 98104-1610

Datahouse Consulting Inc.
711 Kapiolani Blvd, Ste 500
Honolulu, Hawaii 96813

DataHouse Consulting, Inc.
c/o Adam G. Lang,
Durrett Lang Morse, LLLP
737 Bishop Street Suite 1850
Honolulu, Hawaii  96813

Dora Azer Maluf
R. Arthur de Souza Marques, 596,
São Paulo, SP 05691 000, Brasil

Elfi Nesensohn
Toniaeulestrasse 5, 9490
Vaduz, Liechtenstein

Faith Comtess
244 IMPERIAL DR
Columbus OH 43230

Flavio Lobato
450 Alton Rosd, Ste 1604
Miami Beach, Florida 33139

Fox III Consulting
18322 Emerald Forest Drive
San Antonio, TX 78259

Geopolicy Development Group, LLC
1314 S King St. Ste 1458
Honolulu, HI 96814

Green Coral Trust
c/o David T Nguyen
468 N. Camden Dr. #93125
Beverly Hills, CA 90211

Gundyco ITF Orca Capital GMBH
Sperlring 2, 85276 Pfaffenhofen,
Kurfürstendamm 15 10719 Berlin

Hawaii Department of Taxation
Director of Taxation
Gary Suganuma
830 Punchbowl Street, Room 221
Honolulu, Hawaii   96813-5094

Hawaii Department of Taxation
Oahu Feld Audit Branch
c/o Madelaina Lai
830 Punchbowl Street, Room 221
Honolulu, Hawaii   96813-5094

Hans-Peter Bichelmeier
Chemin de la Fruitiere 8 1239
Collex Switzerland

Hugo Sluimer
CHATEAU PERIGORD, BLOC C,
AP. 10 6 LACETS ST. LEON 98000
MONACO

IIT Intelligent Integration
Technologies LLC
2801 Claflin Rd Ste 200
Manhattan, KS 66502

Integra BioSciences Corp.
22 Friars Drive
Hudson, NH 03051

Internal Revenue Service
P.O. Box 7346
Philadelphia Pa 19101

Internal Revenue Service
PO Box 742562
Cincinnati, OH 45280-2562

Internal Revenue Service ACS
Support - Stop 813G
PO Box 145566 Cincinnati,
OH 45250-5566

Island Distribution Services LLC
Robert Sakamoto
Char, Sakamoto, Ishii
841 Bishop Street, Ste 850
Honolulu, HI 96813

Islandwide Holdings LLC
2024 N. King St., Suite 200
Honolulu, HI 96819

Ikove Venture Partners, LLC
220 W Bridge St. Suite 205,
Dublin, OH 43017

James Anthony Brinck
401 Prestige Akasaka Hikawacho 6-
19-23 Akasaka, Minato-Ku,
Tokyo, Japan

James Soldavini
40 3rd Ave S,
Naples, FL 34102

Jan Henrik Jack Sundt
21 South Hill Park Gardens London
NW3 2TD U.K.

John D'Orazio
4125 Gordon Drive,
Naples, FL, 34102

John Mock
1714 IRIS DR,
Columbus, GA 31906

JTD, LLC
1150 Central Avenue,
Naples, Florida 34102

JTM FL LLC
1150 Central Avenue,
Naples, Florida 34102

Kern Kendrick, LLC
c/o Ben Kern
297 Stanbery Avenue
Bexley, OH 43209

KMH LLP
1003 Bishop Street, Suite 2400
Honolulu, HI 96813

Kristen Pae
c/o David T Nguyen
468 N. Camden Dr. #93125
Beverly Hills, CA 90211

Kristen Pae
1314 S. King Street, Ste. 1458
Honolulu, HI 96814

Lance A White Revocable Trust
u/a/d 9/8/2004
390 Willet Avenue
Naples, FL 34108

 Offices of Kurt Kawafuchi, LLC
745 Fort Street Mall, Suite 2130
Honolulu,Hawaii96813

Longhi Capital Advisory, LLC
7542 SW 187th St.
Cutler Bay, FL 15137

Ly Tran
27 Sargent St,
Newton, MA 02458

Mario Longhi
7823 FISHER ISLAND DR,
MIAMI BEACH, FL 33109

Mario Morales
4923 Dierker Rd,
Columbus, OH 43220

Marc S. Mendonca, Ph.D.
3845 Cornwallis Lane
Carmel, IN 46032

Marcus Property Management, LLC
1045 Mapunapuna St.
Honolulu, Hawaii 96819

Matthew John Soldavini
791 Tenth Street South, Suite 301
Naples, FL 34102

Matt Welborn
PO Box 6685,
Bozeman, MT 59771

Melanie Samsonow
534 E JEFFREY PL,
Columbus, OH 43214

Naduparambil K Jacob
5822 Gaelic Ct
Dublin, OH 43016

Natl Institute of Health
9000 Rockville Pike
Behesda, Maryland 20892

Natl Kidney Foundation of Hawaii
Matthew M. Matsunaga
Topa Financial Center
745 Fort Street, Suite 1500
Honolulu, Hawaii  96813

P.I. SAM
19 boulevard de Suisse 98000
Monaco

Proton Expeditions, LLC
1150 Central Avenue,
Naples, Florida 34102

Ohio Department of Commerce
77 S. High St. Suite 23
Columbus, OH 43215

Health Sciences Innovation
c/o Dr. Andrew Hampton
Mount Hall, 1st Floor,
1050 Carmack Rd.,
Columbus, OH 43210

Rene van de Berg
Westpoint 190, 5038 KG Tilburg,
Netherlands

Resourcing Edge
1309 Ridge Road Suite 200
Rockwall, TX 75087

Scott Barnes
4923 Dierker Rd,
Columbus, OH 43220

SCP Edelweiss
72 boulevard d'Italie, 98000 Monaco

Security and Exchange Commission
Office of Reorganization
444 South Flower Street, Suite 900
Los Angeles Ca 90071

Societe Civile Gorgeous Investments
72 boulevard d'Italie, 98000 Monaco

Solium Plan Managers LLC
221 Mainstreet Suite 1340
San Francisco, CA 94105

Startup Nursery
220 W Bridge St. Suite 205,
Dublin, OH 43017

Stitchting Quirinus
Vlasroot 22, 5585 VC, Waahe

Storquest Storage
750 Umi St.
Honolulu, Hawaii 96819

SUN Fund, LLC
220 W Bridge St. Suite 205,
Dublin OH 43017

Synergy Med Global Design Solutions, Inc.
2425 East Commercial Blvd
Suite 101
Ft. Lauderdale, Florid 33308

Synergy Med Global Design Solutions, Inc.
Joshua Cohen
Cohen Rosenthal & Kramer, LLP
3208 Clinton Avenue
Cleveland, Ohio 44113

Terry A. DeWald & Margaret
DeWald TTEE T & M Family TR
UAD 08/11/97
8401-D East Ocotillo Drive,
Tucson AZ 8575

Theresa D'Orazio
1030 Devon Rd.,
Pittsburgh, PA, 15213

Tobi Solidum
c/o David T Nguyen
468 N. Camden Dr. #93125
Beverly Hills, CA 90211

Tobi Solidum
1314 S. King Street, Ste 1458
Honolulu, HI 96814

Toni Maehara
2305 Wilder Ave.
Honolulu, Hawaii 96822

Wychmere Partners, LLC
81 Newtown Lane #304,
East Hampton. NY 11937

Zachary Dacuk
22 Camino Nevoso,
Santa Fe New Mexico, 87505

## UNITED STATES BANKUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

CAPTURE COLLECTIVE, INC,  )           Chapter 11
                         )
        Debtor.      )           Case No. _____
                         )           Subchapter V

In Re:

CAPTURE DIAGNOSTICS, LLC,)        Chapter 11
                         )
        Debtor.      )           Case No. _____
                         )           Subchapter V

In Re:

CAPTURE DIAGNOSTICS     )           Chapter 11
HIB01, LLC,             )
        Debtor.      )           Case No. _____
                         )           Subchapter V

This filing Applies to:
      All Debtors.

## Disclosure of Compensation of Attorney for Debtors

1.     I am a member of the law firm of Dickinson Wright, PLLC. Pursuant to Section

329(a) of the Bankruptcy Code and Fed. Bankr. P. 2016(b), I certify that I am the attorney

for the above named debtors and that compensation paid to me within one year before

the filing of the petition in bankruptcy, or agreed to be paid to me for services rendered or

to be rendered on behalf of the debtors in contemplation of or in connection with the

bankruptcy case is as follows:

For legal services, I have agreed to accept:  See below

Prior to the filing of this statement I have received:   See below

2.      The source of compensation paid to me is:  Debtor Capture Collective, Inc. ("**Collective**").

3.      The source of compensation to be paid to me is:  Collective.

4.      I have not agreed to share the disclosed compensation with any other person unless they are members or associates of my law firm.

5.      In return for the disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case as will be more fully described in the *Application for Authority to Employ Dickinson Wright, PLLC as Counsel for the Debtors* ("**Application**") that will be filed in this case.

6.      Compensation:  Collection paid Dickinson Wright, PLLC ("**DW**") a pre-petition retainer of $200,000 (the "**Retainer**").  DW applied $107,485.80 of the Retainer to fees for pre-petition bankruptcy services totaling $101,921.80 and to the filing fees for each case totaling $5,564.00. DW will hold the remaining $92,514.20 of the Retainer in its trust account until authorized by the Court to apply it to pay fees and expenses incurred in the representation of the debtors in these cases.  The post-petition fees to be paid to DW will be based upon hourly rate and other terms and conditions that will be disclosed in the Application.

## CERTIFICATON

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy proceeding

*/s/  Carolyn J. Johnsen*

Carolyn J. Johnsen
Dickinson Wright, PLLC

924-8727-1239 v1 [99998-2606]